```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/13/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NELSON HERNANDEZ,

                Plaintiff,

-against-

RAUL ALFREDO SANTANA CARCAMO and
MALIK HARTFIELD

                Defendants.

21 Civ. 9033 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On June 29, 2022, the Court scheduled a case management conference for September 19, 2022, and ordered the parties to submit a joint status report no later than one week in advance of the conference. *See* ECF No. 17. The parties have not submitted the status letter. Accordingly, the case management conference is ADJOURNED to **September 21, 2022**, at **10:40 a.m.** The parties shall submit their joint status letter by **September 14, 2022**.

    SO ORDERED.

Dated: September 13, 2022
       New York, New York

                                                ANALISA TORRES
                                     United States District Judge