UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NELSON HERNANDEZ,

                Plaintiff,

-against-

RAUL ALFREDO SANTANA CARCAMO and
MALIK HARTFIELD

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2022
```

21 Civ. 9033 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letter dated October 25, 2022. ECF No. 22. The case management conference scheduled for **November 2, 2022**, is ADJOURNED *sine die*. By **January 4, 2023**, the parties shall file a joint status letter regarding the mediation planned for December 2022.

    SO ORDERED.

Dated: October 27, 2022
       New York, New York

                                                        ANALISA TORRES
                                          United States District Judge