**Memo Endorsement on pg. 2**



# Raphaelson Levine

14 PENN PLAZA, SUITE 1718
NEW YORK, NY 10122

April 20, 2023

<u>**VIA ELECTRONIC FILING**</u>

United States District Court,
Southern District of New York
Honorable Jennifer H. Rearden

RE:  1:21-cv-09033-JHR Hernandez v. Santana
Carcamo et al.

Honorable Judge Rearden:

This letter is respectfully submitted to update the Court with respect to certain developments in this matter. On April 20, 2023, I met with the plaintiff in our office to discuss the case. At such meeting, the plaintiff informed me that we have irreconcilable differences, and he will be looking for new counsel to take over the handling of his case. We informed him of upcoming deadlines and told him his new counsel should contact my office immediately so we may transfer the file.

We are requesting a thirty (30) day stay of this matter so plaintiff can seek new counsel. A deposition of defendant's expert was scheduled for April 25, 2023, but we are unable to go forward with the deposition at this time and we have informed defense counsel of same. To the extent the Court wishes to conduct a conference please let me know.

Please contact me with any questions.

Very Truly Yours,

**RAPHAELSON & LEVINE LAW FIRM, P.C.**

Andrew J. Levine, Esq.



Confidentiality Notice: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use, reproduction or disclosure is prohibited.

Application GRANTED. The Court STAYS all deadlines in this action until **May 24, 2023**, in order to allow Plaintiff Nelson Hernandez to retain new counsel and for current counsel to move to withdraw from this action. The parties shall file a joint letter on or before **May 31, 2023**, discussing the parties' plan to move forward with discovery, and proposing new discovery deadlines in light of this limited stay of the case.

Furthermore, in light of the impending termination of Plaintiff's current counsel from this action, the Court deems the parties' joint discovery motion (ECF No. 32) withdrawn without prejudice. After Plaintiff has retained substitute counsel, the parties may renew the discovery motion, insofar as Plaintiff's substitute counsel and defense counsel remain unable to resolve the dispute set forth in that motion.

The Clerk of Court is directed to terminate ECF No. 32.

SO ORDERED.

Jennifer H. Rearden, U.S.D.J.
Date: April 24, 2023